**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
13TH FLOOR FEDERAL BUILDING - SUITE 1350N
1301 CLAY STREET
OAKLAND, CA 94612

**JODI LINKER**
*Federal Public Defender*
**SAMANTHA JAFFE**
*Assistant Federal Public Defender*

Telephone:  (510) 637-3500
Fax:  (510) 637-3507
Email:  Samantha_Jaffe@fd.org

January 9, 2024

The Honorable Donna M. Ryu
United States Magistrate Judge
Oakland Courthouse 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re: *United States v. Ray Gilbert,* CR-23-444-YGR

Your Honor:

The defense has proposed a new surety in this case: Na'Jae Williams, Mr. Gilbert's girlfriend, who lives in San Francisco. The defense is respectfully requests that this Court calendar a renewed detention hearing as to Mr. Gilbert. After discussion with the assigned AUSA and Pretrial Officer, the parties are all available on Monday, January 22, 2024, if that date works for the Court. That date also provides pretrial time to interview Ms. Williams in advance of that hearing.

As the Court is aware, when new information comes to the court's attention, the court may reopen a detention hearing. 18 U.S.C. § 3142(f). Here, the new information is Ms. Williams as a prospective surety, as well as a concrete release plan: the defense proposal is to release Mr. Gilbert to the halfway house in San Francisco, with either Ms. Williams or Ms. Williams and Ms. Bonner, Mr. Gilbert's mother, as the surety or sureties on an unsecured bond. Releasing Mr. Gilbert to the halfway house will assuage concerns articulated about community safety at the initial detention hearing: it will remove Mr. Gilbert from the environment he was in, and ensure that he is monitored. The defense proposal is to start Mr. Gilbert on restrictive conditions at the halfway house, and set a bail status in approximately thirty days to check on his compliance.

Ms. Williams is a recent graduate of a Registered Nursing program at Unitek in San Francisco. She is a pro-social contact for Mr. Gilbert, and she resides in San Francisco, where he will be residing, which means she can assist with logistics if he needs hygiene or other items at the halfway house.

Mr. Gilbert was initially arrested when he went to his state court appearance on the related state case. He has now been in custody on the federal case since August 28, 2023, which will be nearly six months as of January 22, 2024. This time in custody has impressed upon Mr. Gilbert the importance of following every rule this Court sets because he understands the incredible privilege it would be to be released on bail. The release plan proposed is restrictive,

January 9, 2024
Page 2

but less restrictive than custody. And, as this Court is well aware, the Bail Reform Act dictates that it is the least restrictive combination of conditions which are appropriate. There are less restrictive conditions that can be imposed here.

      Accordingly, the defense respectfully requests that this Court reopen Mr. Gilbert's bail proceedings, and reconsider its detention order, on January 22, 2024, with the added information about a new proposed surety.

Thank you.

      Respectfully submitted,

      JODI LINKER
      Federal Public Defender
      Northern District of California

          /S

      SAMANTHA JAFFE
      Assistant Federal Public Defender