JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:         Samantha_Jaffe@fd.org

Counsel for Defendant Gilbert

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAY GILBERT, <br><br> Defendant. | **Case No.:** CR 23–0444 YGR <br><br> **JOINT STIPULATION TO CONTINUE DETENTION HEARING TO JULY 29, 2024** |

The above-captioned matter is set for July 8, 2024 for a continued detention hearing before this Court. The Ninth Circuit has yet to make a decision about the Petition for Rehearing En Banc in *United States v. Duarte*, 22-50048. Accordingly, the parties stipulate that the continued detention hearing should be moved to July 29, 2024, before this Court, to avoid an unnecessary hearing.

1

2  Dated:  July 3, 2024     Respectfully submitted,

3

4                 JODI LINKER
                 Federal Public Defender
                 Northern District of California

5

6                   /S
                 SAMANTHA JAFFE
                 Assistant Federal Public Defender

7  Dated:  July 3, 2024

8

9                 ISMAIL J. RAMSEY
                 United States Attorney
                 Northern District of California

10

11                   /S/
                 LEIF DAUTCH
                 Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*GILBERT*, CR 23–0444 YGR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAY GILBERT,<br><br>    Defendant. | **Case No.:** CR 23–0444 YGR<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DETENTION HEARING TO JULY 29, 2024** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the continued detention hearing is reset for July 29, 2024, at 10:30 a.m.

IT IS SO ORDERED.

Dated:   July 5, 2024

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge

*GILBERT*, CR 23–0444 YGR

3