JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:   Samantha_Jaffe@fd.org

Counsel for Defendant Gilbert

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RAY GILBERT,<br><br>        Defendant. | Case No.: CR 23–444 YGR<br><br>**JOINT STIPULATION TO ADD MR. GILBERT TO PRETRIAL'S HALFWAY HOUSE WAITLIST, FOR RELEASE ON OCTOBER 25, 2024** |

      Mr. Gilbert is pending sentencing. As this Court is aware, on May 9, 2024, the Ninth Circuit issued *United States v. Duarte*, ___ F.4th ___, 2024 WL 2068016 (9th Cir. May 9, 2024), holding that under N*ew York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022), 18 U.S.C. 922(g)(1), the statute under which Mr. Gilbert is charged, is unconstitutional as applied to felons with prior convictions which are not "by Founding era standards, of a nature serious enough to justify permanently depriving [them] of [their] fundamental Second Amendment rights." Op. at 62-63. Petition for rehearing en banc was granted, the panel opinion was vacated, and the case is being heard by the en banc panel in December.

      The parties agree that Mr. Gilbert is part of the class of individuals covered by the panel's initial opinion in *Duarte*. The parties also agree that, if the district court imposes the low-end of the

STIPULATION AND ~~PROPOSED ORDER CONTINUE STATUS AND EXCLUDE TIME~~ ORDER TO ADD DEFENDANT TO HALFWAY HOUSE WAITLIST AND SET BAIL REVIEW HEARING
*GILBERT*, CR 23–444 YGR

1

parties' 24-30 month proposed sentencing range, then as of October 25, 2024, Mr. Gilbert would be likely overstaying his prison sentence. Accordingly, the parties are prepared to stipulate to his release to the halfway house on that date, to avoid any possible overstay while the Ninth Circuit considers *Duarte* and pending Mr. Gilbert's sentencing.

The parties contacted Pretrial Services on September 25, 2024. Pretrial Services indicated that there is no bed space currently available at the halfway house, that Mr. Gilbert would be first on the waitlist, and that Pretrial Services requires a court order to place him on the waitlist. This pleading follows, and the parties request that this Court place Mr. Gilbert on the waitlist for halfway house bed space. The parties also request that this Court calendar a bail hearing for Mr. Gilbert on October 9, 2024, to get an update on halfway house availability when this Court is covering duty matters.

Dated:   September 25, 2024          Respectfully submitted,

                                     JODI LINKER
                                     Federal Public Defender
                                     Northern District of California

                                              /S
                                     SAMANTHA JAFFE
                                     Assistant Federal Public Defender

Dated:   September 25, 2024

                                     ISMAIL J. RAMSEY
                                     United States Attorney
                                     Northern District of California

                                              /S/
                                     LEIF DAUTCH
                                     Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAY GILBERT,<br><br>    Defendant. | Case No.: CR 23–444 YGR<br><br>**ORDER GRANTING REQUEST TO PLACE RAY GILBERT ON WAITLIST FOR HALFWAY HOUSE BED AVAILABILITY AND CALENDARING BAIL REVIEW HEARING** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that Pretrial Services place Ray Gilbert on the waitlist for halfway house bed space. In addition, the Court sets a bail review hearing for October 9, 2024.

IT IS SO ORDERED.

Dated: September 25, 2024

                                      HON. DONNA M. RYU
                                      Chief United States Magistrate Judge

ORDER TO ADD DEFENDANT TO HALFWAY HOUSE WAITLIST AND SET BAIL REVIEW HEARING
STIPULATION AND ~~PROPOSED ORDER CONTINUE STATUS AND EXCLUDE TIME~~
GILBERT, CR 23–444 YGR

3