CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-444-YGR |
| Plaintiff, | **UNITED STATES' SENTENCING MEMORANDUM** |
| v. | |
| RAY GILBERT, | Hearing Date: June 12, 2025<br>Time: 2:00 p.m.<br>Judge: Hon. Yvonne Gonzalez Rogers |
| Defendant. | |

## I. INTRODUCTION

Now that the Ninth Circuit has upheld the constitutionality of 18 U.S.C. § 922(g)(1), defendant Ray Gilbert appears before this Court for sentencing on his conviction for unlawfully possessing ammunition. That ammunition was loaded inside a Glock handgun that had been used in a murder in Oakland two weeks before agents found the gun in Gilbert's bedroom. The search was just the last in a string of 2023 police contacts for Gilbert following his release from state prison earlier that year. That misconduct continued even after Gilbert was charged federally and transferred to the halfway house, with Gilbert posting photos on his Instagram account of firearms and large quantities of cash. Based on Gilbert's unrelenting criminality and possession of weapons, and the need to deter future criminal conduct and protect the public, the government joins Probation in recommending a sentence of 30

UNITED STATES' SENT. MEMO           1
23-CR-444-YGR

months in prison, which is the high-end of the range contemplated by Gilbert's plea agreement. The government also recommends that the Court impose three years of supervised release, a $100 special assessment, and forfeiture of the gun, ammunition, and extended magazine from the charged offense.

## II.     CHARGED OFFENSE CONDUCT

### A.     A Loaded Glock Firearm Was Found in Gilbert's Bedroom During a Warranted Search on August 16, 2023



On August 16, 2023, ATF agents and local police officers executed a federal search warrant on a house in Oakland where Gilbert was staying. Presentence Report ("PSR") at ¶ 9. During a search of Gilbert's bedroom—as confirmed by indicia in his name, his clothing, and his presence right outside the room—agents recovered a Glock model 22 .40 caliber pistol, loaded with 18 rounds of .40 caliber ammunition inside a 22-round magazine. *Id*. The firearm was found underneath Gilbert's bed, consistent with it having been tossed quickly underneath upon law enforcement's arrival.

### B.     Gilbert's Gun Was Used in a Murder in Oakland Two Weeks Before Agents Found It

In November 2023, after the case was charged, the government received a lab report from the Oakland Police Department Crime Lab showing that the charged firearm recovered from Gilbert's bedroom on August 16, 2023 was used about two weeks earlier in a fatal shooting in Oakland, two miles away from Gilbert's house. PSR at ¶ 10. The National Integrated Ballistic Information Network (NIBIN) report was provided to both the defense and to Probation.[1] The lab report shows a link

---

[1] As described by The National Crime Gun Intelligence Governing Board, NIBIN is sophisticated technology that "creates high-resolution, digital images of the unique markings left by a firearm on expelled cartridge cases. NIBIN automatically compares captured images of these markings to all other entered casings in a specific geographic region or nationwide. The computerized process provides potential matches within hours, which are then reviewed by trained NIBIN technicians to make a final match determination. Through this process, NIBIN provides the ability to link shootings by ballistic evidence and link recovered crime guns to shootings." The National Crime Gun Intelligence Governing Board, Crime Gun Intelligence: Disrupting the Shooting Cycle (Aug. 2018), available at

between the shell casings recovered at the scene of the murder and the gun in Gilbert's room, as well as a match to shell casings recovered at the scene of a shooting in Antioch in April 2022. *Id*. at ¶ 10. Of note, Gilbert was arrested twice in Antioch in 2021. *Id*. at ¶¶ 43-44. To be clear, the government does not have direct evidence that Gilbert was responsible for the murder, only that the murder weapon was found in his room two weeks after the killing.

C. **Gilbert's Relentless Possession of Firearms Before the Charged Incident**

Gilbert's possession of a loaded Glock in August 2023 was no one-off. Rather, a review of his Instagram account ("stainshit_3k0") pursuant to a federal search warrant revealed a steady stream of posts of Gilbert engaging in activity related to the CASE criminal street gang and continuous firearm possession.[2] PSR at ¶ 6.



For example, on June 13, 2023, Gilbert posted the photograph at right of himself exhibiting a disrespectful gang sign towards the rival "FE" gang. PSR at ¶ 7. Gilbert is making an "FE" symbol with his right hand and flashing his middle finger with his left hand, to signify "F*ck FE." Inside his front sweatshirt, the outline of what appears to be a full-sized Glock pistol can be seen. *Id*.

On August 1, 2023, Gilbert posted an Instagram "Live" video to his account, a screenshot of which is shown below. PSR at ¶ 7. Gilbert is holding a full-sized Glock pistol, which appears to match the charged firearm found two weeks later under his bed.

---

https://crimegunintelcenters.org/wp-content/uploads/2018/09/CGI-Manual-Best-Practices-ATF-27-AUG-18.pdf

[2] According to law enforcement reporting and review of other associated Instagram accounts, the "3k0" suffix in Gilbert's Instagram handle is a common suffix for CASE gang members. The "3" is a reference to rival gang "ENT" and the "k" stands for "killer," so that "3k" signifies "ENT killer." The number "30" honors a Case gang member who was killed. The government can provide the Court with other examples of use of this Instagram suffix if desired.



The next day, August 2, 2023, Gilbert posted the photograph below at left of himself with what appears to be the pistol grip and magazine from a semi-automatic pistol sticking out of his front right pants pocket. PSR at ¶ 7. In another Instagram Live video that was posted by Gilbert to his account (below at right), he is holding three semi-automatic pistols.




And even following his release to the halfway house in October 2024, Gilbert continued to post concerning images on social media. For example, while monitoring his account in March 2025, officers observed the posts below (which have been shared with the defense), which show Gilbert holding a large amount of cash with a firearm with an extended magazine at his feet, and show an individual whose face is obscured holding an assault rifle and a handgun. The government understands from defense counsel that these photographs may not have been taken contemporaneously with the posts, given that Gilbert was on lockdown at the halfway house at the time. But even accepting that as true, Gilbert's decision to post old photographs with firearms in March 2025 undercuts any claim of remorse or rehabilitation or assertion that his time spent in custody to-date is adequate deterrence.

 

### III. GILBERT'S CRIMINAL HISTORY

At the time of his gun possession in August 2023, Gilbert had been convicted of two prior felony offenses: unlawful firearm possession and recklessly evading police. PSR at ¶ 32. In fact, he was on post-release community supervision (a form of parole in California) at the time of the incident and at the time that he posted all of the photos above.

In addition to these crimes of conviction, Gilbert is suspected of being part of a CASE gang robbery crew. PSR at ¶¶ 44-45. For example, on May 23, 2023, the Fremont Police Department received a report of a suspicious vehicle and suspects "casing" the parking lot of a Dollar Tree store in Fremont. *Id*. at ¶ 45. The vehicle was described as a 2005 gray 4-door Toyota with tinted windows, later identified on surveillance footage as having California license plate number 7EDE909. As officers responded to the area, the reporting party advised that the vehicle had departed the lot.

Minutes later, Fremont PD received a call for a robbery nearby. PSR at ¶ 45. The victim advised that she had been followed home from the bank and robbed. The victim's description of the robbery suspects was similar to that reported at the Dollar Tree. The victim advised that she had been at Wells Fargo Bank, traveled to the Dollar Tree, and then returned home where she parked in the garage. The victim began exiting her vehicle when a suspect broke her passenger window, reached in, and grabbed the victim's purse and phone. The suspect then ran back to a vehicle on the street and fled the area. *Id.*

Camera footage was located showing the suspect vehicle (a Toyota Camry with California license plate number 7EDE909) following the victim home and later fleeing the area after the robbery. Later that same day, officers located that Toyota Camry in the 24-Hour Fitness parking lot in Fremont. Surveillance units watched the vehicle until they observed five male subjects walk out of the 24-Hour Fitness and towards the Toyota. PSR at ¶ 45. Four of the subjects entered the Toyota while the fifth stayed outside the vehicle. A high-risk felony stop was conducted by officers, who detained the subjects. Four CASE gang members and associates were detained, including Gilbert, who was seated in the backseat of the car. *Id*.

A field show-up was done with the victim who, when showed the Toyota Camry, stated "Yea it started with a 7 and was greenish black. Yes it looked like this. That's the car." A search of the Toyota Camry revealed three firearms, assorted ammunition, and evidence of the robbery. PSR at ¶ 45. Inside a black Coach bag in the back seat (which contained indicia of Gilbert), officers recovered a Glock model 19 9mm caliber pistol with a loaded 31-round magazine insert. Officers also recovered a Springfield Armory XD .40 caliber pistol and another Glock model 19 9mm caliber pistol with a loaded

24-round magazine underneath the driver's seat.  Indicia for the robbery victim was found on the back seat of the vehicle.

Officers were contacted by Gilbert's mother who inquired about his property.  She asked about a gold chain with a dragon on it and identified it as Gilbert's.  Officers noted that this necklace was recovered inside the Coach backpack containing one of the Glock pistols.  Officers also found a receipt with Gilbert's phone number inside the Coach backpack.

Members of that same robbery crew are also believed to have committed a follow-home robbery of a victim who left the Livermore casino in March 2023, as well as an organized retail theft of $10,000 worth of merchandise from the Gap the same month (for which Gilbert has subsequently been convicted).  PSR at ¶ 33.  In the Spring of 2023 (approximately 15 weeks before the August 2023 search) and around the time of those incidents, Gilbert posted the below photo to his Instagram account, holding a large amount of cash with a firearm with an extended magazine on the counter.[3]



---

[3] As noted in the PSR, Gilbert reports no legitimate employment since 2017.  PSR at ¶ 63.

1    Finally, Gilbert and another CASE gang associate led Oakland police officers on a vehicle chase
2    on August 2, 2023, that began five blocks from the residence searched in the charged incident. When
3    officers recovered the vehicle, they found two loaded Glock firearms in the car.

## IV.   PSR AND APPLICABLE GUIDELINES CALCULATION

Gilbert pleaded guilty to one count of possession of ammunition pursuant to a plea agreement. The parties agreed that the Base Offense Level is 20, based on Gilbert's possession of a semiautomatic firearm with an extended magazine loaded into it. This is reduced to a Total Offense Level of 17 for acceptance of responsibility. Probation agrees with the Total Offense Level. PSR at ¶¶ 15-24. Probation calculates Gilbert's Criminal History Category as III for his three prior convictions. *Id.* at ¶ 34. The government concurs. A Total Offense Level of 17 and CHC III yield an advisory Guidelines range of 30-37 months. PSR at ¶ 68. The parties agreed to a C plea with a total prison term of between 24-30 months. For the reasons outlined below, the government recommends a sentence at the high-end of that range: 30 months.

## V.   DISCUSSION

### A.   Applicable Sentencing Factors

The Court should impose a sentence sufficient, but not greater than necessary, to reflect the purposes of sentencing that Congress identified in 18 U.S.C. § 3553(a)(2). *United States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008). The Court should begin the process of determining an appropriate sentence by calculating the correct sentencing range under the Guidelines. *Id.* After determining the appropriate Guidelines calculations, the Court should then evaluate the sentence for substantive reasonableness in light of the factors set out in Section 3553(a). *Carty*, 520 F.3d at 991-93.

Under 18 U.S.C. § 3553(a), in arriving at the appropriate sentence for the defendant, the Court should consider these factors applicable to this case, among others:

(1)   the nature and circumstances of the offense and the history and characteristics of the defendant;

(2)   the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(3)   the need for the sentence imposed to afford adequate deterrence to criminal conduct;

(4) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct;

(5) the need to provide restitution to any victims of the offense.

**B.   A Sentence of 30 months Is Warranted Under 18 U.S.C. § 3553(a)**

Gilbert's continuous possession of firearms, all while on court-ordered supervision, evince a disrespect for the law and pose a significant danger to the public. A prison sentence of 30 months is required to deter future crime and protect the public.

First, Gilbert's offense conduct is very serious. Despite his felony prohibition and parole restrictions, Gilbert continued to arm himself with loaded firearms, with multiple examples spanning across several months. In the charged incident, he possessed a Glock firearm with 18 rounds in an extended magazine, hidden under his bed. This occurred in a house where he had been living and which had been associated with the CASE gang, firearms, drugs, and illegal gambling in recent operations. The gun itself had been used in a murder two weeks before. The nature and circumstances of the offense warrant a substantial prison term. *See* 18 U.S.C. § 3553(a)(1).

Gilbert's history and characteristics likewise support the government's sentencing recommendation. He is a CASE gang associate, with two prior felony convictions for weapons and evading offenses. He has repeatedly armed himself with weapons (at least 8 guns from his Instagram posts alone) since being released from state prison and glamorizes both the gun and gang lifestyle on social media. He also appears to be involved in a string of larcenies, ranging from follow-home robberies to organized retail theft. This criminal history, combined with his past failures on parole and pretrial release, demonstrate that he is not amenable to supervision and that only additional prison time can adequately address those dangers. *See* 18 U.S.C. § 3553(a)(2).

Gilbert's recent posting of firearms on social media shows that the time he spent in pretrial custody (approximately 14 months) was insufficient to deter him from future misconduct. Even if those were old photos, Gilbert's decision in March 2025 to post such photos and to project that image to his Instagram followers strongly suggests that, if released into the community now with no further period of incarceration, he would resume the gang, gun, and theft activity that culminated in the instant federal

conviction. A prison sentence of 30 months, which would result in additional custody time of approximately one year, would promote respect for the law and deter Gilbert from future misconduct.

The government notes that Gilbert's sentencing was repeatedly continued *at the defense's request* to wait for the Ninth Circuit en banc panel's decision in the *United State v. Duarte*, which ultimately upheld the constitutionality of 18 U.S.C. ¶ 922(g)(1). *See* ECF Nos. 53, 59, 64, 73, 82 (defense-filed stipulations to continue sentencing). For the same reasons, the defense sought Gilbert's release to the halfway house in October 2024, which Chief Judge Ryu granted. See ECF Nos. 50, 67 (defense requests for bail review hearings in light of *Duarte*). As a result, and as Probation has confirmed, Gilbert has accrued approximately 14 months of pre-sentence custody credits. Therefore, he is at no risk of overserving his sentence if the Court accepts the plea agreement and sentences Gilbert within the agreed-upon range of 24-30 months. To the extent that the defense's multiple requested continuances or motion for release to the halfway house now mean that Gilbert will have to go back into custody for some additional period of time, that is the result of a tactical decision by the defense.

## VI. CONCLUSION

With full consideration of all the sentencing factors set forth in 18 U.S.C. § 3553(a), the United States respectfully requests that the Court impose a sentence of 30 months' imprisonment, three years of supervised release, a $100 special assessment, and forfeiture of the firearms, ammunition, and extended magazine involved in the charged crime.

DATED: June 4, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Leif Dautch*
LEIF DAUTCH
Assistant United States Attorney