```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAY GILBERT, <br><br> Defendant. | CASE NO. 23-CR-444-YGR <br><br> **UNITED STATES' SENTENCING MEMORANDUM** <br><br> Hearing Date: March 5, 2026 <br> Time: 9:00 a.m. <br> Judge: Hon. Yvonne Gonzalez Rogers |

The United States Supreme Court now having declined to review the Ninth Circuit's opinion upholding the constitutionality of 18 U.S.C. § 922(g)(1), defendant Ray Gilbert is set to be sentenced on his conviction for unlawfully possessing ammunition. Given that nine months have elapsed since filing its sentencing memorandum, the government submits this short addendum to update the Court on intervening events, which support imposition of a 30-month custodial term. Not only was Gilbert's offense conduct very serious—possession of a loaded firearm two weeks after it was used in a murder—but his conduct over the past nine months shows that additional incarceration is needed to protect the public, promote respect for the law, and deter Gilbert from future criminal activity.

In December 2025, Gilbert was terminated from the halfway house after employees found a bag of marijuana in Gilbert's bedroom. He was the sole occupant of the room, and the defense admitted at a subsequent hearing that the marijuana belonged to him. Controlled substances are of course not permitted in the halfway house, both because they are illegal and because they jeopardize the efforts that many residents are making at sobriety.



Because this violation occurred right before the holidays, he was permitted to reside at his mother's house on home confinement pending his sentencing hearing (which was then only three weeks out). A condition of his home confinement was that he be outfitted with a location monitoring device. On December 23, 2025—the very first night at his mother's house—the location monitoring bracelet became disengaged from Gilbert's leg in the middle of the night. Upon inspecting the device, the Pretrial Services Officer noticed physical damage to the bracelet, which was then sent to the manufacturer for a tampering/malfunction analysis. A "Failure Analysis Report" was submitted to the Magistrate Judge on February 13, 2026 in connection with a Pretrial Services Violation Memorandum. The report concluded that the damage to the bracelet was "consistent with client damage likely due to forcefully removing the strap." The damaged area had "a set of unusual marks" (pictured below) that "may be consistent with a tool mark or could be the result of scraping against another object as the damage occurred."



On top of that, Gilbert has had two *additional* positive tests for marijuana while on home confinement. The first positive test, on January 12, 2026, was confirmed via lab testing. The second test, on February 12, 2026, was presumptive positive for marijuana and has been sent to the lab for confirmatory testing.

This series of recent incidents—committed at a time when the incentive to conform his behavior should have been at its greatest—strongly suggests that the sanctions imposed to date have been inadequate to deter Gilbert's criminal conduct or promote respect for the law. Instead, they resemble the pattern of misconduct in 2023 that ultimately resulted in the instant offense, as well as his posting of firearms from the halfway house in March 2025. Simply put, Gilbert still does not get it. For these reasons, and those outlined in its original sentencing memo, the government submits that a sentence of 30 months is warranted.

DATED: February 25, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Leif Dautch*
LEIF DAUTCH
Assistant United States Attorney