UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 12, 2026        **Time:** 47 minutes        **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 23-cr-444-YGR        **Case Name:** UNITED STATES v. Ray Gilbert

**Attorney for Plaintiff: Leif Dautch**
**Attorney for Defendant: Gabriela Bischof**
**Defendant: Ray Gilbert [ X ] Present   [  ] Not Present**
**Defendant's Custodial Status: [  ] In Custody  [ X ] Not in Custody**
**Probation: Jessica Goldsberry for Melissa Moy**

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Reported by:** Stephen Franklin; via Zoom

### PROCEEDINGS

Sentencing - Held.

Sentencing recommendations are argued and submitted. The defendant addressed the Court.

The defendant is committed to the custody of the Bureau of Prisons for a term of time served.  Three years supervised release with standard and special conditions as stated on the record. The defendant will follow the instructions of the probation officer related to the conditions of supervision. For the first 180 days, the defendant is ordered to participate in location monitoring at the discretion of Probation. The defendant is restricted at all times except for employment, education, religious services, medical appointments, substance abuse/mental health treatments, attorney visits, court appearances, and court ordered obligations. The defendant shall pay a $100.00 mandatory special assessment. The Court orders the fine waived.

The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

The defendant's interest in the following property shall be forfeited to the United States:
a. A Glock Model 22 .40 caliber pistol, bearing serial number 1ELC671US, recovered by Oakland Police Officers on August 16, 2023.
b. All ammunition seized in or with the above firearm, including 18 rounds of .40 caliber Smith & Wesson ammunition.
c. The extended magazine in which the above ammunition was found.

The defendant is ordered to appear on June 10, 2026, at 10:00 a.m. for Status Conference.